# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| EDUARD MEDVEDEV, | ) | |
| Plaintiff, | ) | Civil Action No.: 3:25-cv-00642 |
| | ) | Chief Judge Campbell / Frensley |
| v. | ) | Jury Demand |
| | ) | |
| EPHEMERA GLOBAL, INC., and | ) | |
| SHANE MCSIMOV, | ) | |
| Defendants. | ) | |

## ORDER

Due to a conflict in the Court's calendar, the status conference on this matter, which is currently scheduled for March 30, 2026, is reset for **April 20, 2026, at 9:30 a.m.** by telephone.

The day of the conference the Parties shall call 1-855-244-8681, at the appointed time, and when prompted for the access code, enter 23139129180# to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**