**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

EDUARD MEDVEDEV, )
       )
       Plaintiff(s) )
       )
v. )     Civil Action No. 3:25-cv-00642
       )     Judge Campbell/Frensley
       )
EPHEMERA GLOBAL, INC., et al., )
       )
       Defendant(s) )

## O R D E R

Due to a conflict in the Court's calendar, the Case Management Conference set for April 20, 2026 at 9:30 a.m. is hereby reset to April 21, 2026 at 8:00 a.m. via telephone. All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge