MOTION GRANTED.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| EDUARD MEDVEDEV, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:25-cv-00642 |
| | ) | |
| v. | ) | Chief Judge Campbell |
| | ) | Magistrate Judge Frensley |
| EPHEMERA GLOBAL, INC., and | ) | |
| SHANE MCSIMOV, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION OF THE PARTIES TO AMEND THE SCHEDULING ORDER IN THIS CAUSE

The parties, Eduard Medvedev ("Mr. Medvedev" or "Plaintiff"), Ephemera Global, Inc. ("Ephemera" or "Defendant") and Shane McSimov ("Mr. McSimov" or "Defendant"), jointly move this Honorable Court to amend the Scheduling Order in this case as follows:

1. Currently, the deadline to complete written discovery and depose fact witnesses is April 24, 2026. The parties request that this deadline be amended as follows:

Mr. Medvedev shall have until May 22, 2026, to depose the following individuals if he elects to do so:

a. Ali Yahya
b. Shane McSimov
c. 30(b)(6) deposition of Ephemera
d. Matthew Galligan
e. Naomi Plasterer
f. Brian Covey
g. Ashley Bassell
h. Nick Molnar
i. Alex Blania
j. Stephen Normore

Mr. McSimov and Ephemera shall have until May 22, 2026, to take the deposition of Mr. Mevedev.

2. Under the current schedule, Plaintiff is to disclose his experts on or before April 27, 2026, and Defendants are to disclose their experts by May 27, 2026. The Parties request that these deadlines be amended to add a date by which Plaintiff shall disclose its expert on Defendants' counterclaims. Accordingly, the parties request the Scheduling Order be amended as follows: Plaintiff's expert disclosures with respect to his affirmative claims are due on April 27, 2026; Defendants' expert disclosures, both with respect to Plaintiff's claims and Defendant's affirmative counterclaims are due on May 27, 2026; and Plaintiff's expert disclosures with respect to Defendants' counterclaim shall be due June 30, 2026.

3. The remaining deadlines will be unchanged.

4. In order to resolve certain disputes among them, the Parties have also agreed as follows:

    a. Plaintiff shall provide Defendants with supplemental interrogatory responses in accordance with the Parties' correspondence on the issue.

    b. Defendant shall provide Plaintiff with a substantive, supplemental response to Plaintiff's Interrogatory 19 prior to the depositions of any Ephemera officer or employee.

    c. Plaintiff shall be permitted to ask about attrition, turn-over, and retention as a topic of the 30(b)(6) deposition of Ephemera. Likewise, Plaintiff shall be permitted to ask about the terminations of Anoop Ranganath and Steven Normore and the reasons therefore. Defendants shall be reasonably prepared to address these topics. Defendants reserve the right to object to the exact language of these topics as described in the deposition notice but agree that

2

the parties will work in good faith to refine the description of the topics so that these issues can be meaningfully addressed in the deposition. Defendants reserve all rights to object to questions on appropriate grounds at any deposition and the right to object to the admissibility of any testimony or other evidence on these or any other topics.

In view of the foregoing, the Parties respectfully request that their Motion to Amend the Scheduling Order be granted.

Respectfully Submitted by*:*

*/s/ Paige Waldrop Mills*
Robert E. Cooper, Jr. (#010934)
Paige W. Mills (#016218)
BASS, BERRY & SIMS, PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Telephone: (615) 742-6200
Email: bob.cooper@bassberry.com
pmills@bassberry.com

Joshua P. Dunn (MA Bar #685262)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
(617) 856-8375
jdunn@brownrudnick.com

*Attorneys for Plaintiff Eduard Medvedev*


*/s/ Alex Carver*
Amy R. Mohan
Mark Alexander Carver
Sherrard Roe Voigt & Harbison, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
amohan@srvhlaw.com
acarver@srvhlaw.com

3

Gerard D. O'Shea
Cooley, LLP
55 Hudson Yards
New York, NY 10001-2157
goshea@cooley.com

*Attorneys for Defendants Ephemera Global and Mr. McSimov*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 24th day of April, 2026, the foregoing document was filed electronically with the Clerk of the Court and will be served on the following at the same time:

Amy R. Mohan
Mark Alexander Carver
Sherrard Roe Voigt & Harbison, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
amohan@srvhlaw.com
acarver@srvhlaw.com

Gerard D. O'Shea
Cooley, LLP
55 Hudson Yards
New York, NY 10001-2157
goshea@cooley.com

*/s/ Paige Waldrop Mills*