# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

EDUARD MEDVEDEV,                              )
                                             )
   Plaintiff,                 )
                                             )
v.                                           )        NO. 3:25-cv-00642
                                             )
EPHEMERA GLOBAL, INC. and SHANE              )        JUDGE CAMPBELL
MCSIMOV,                                     )        MAGISTRATE JUDGE FRENSLEY
                                             )
   Defendants.                )
                                             )
                                             )

## <u>ORDER</u>

The Court is in receipt of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 38) stating that they stipulate to the dismissal of this action with prejudice. Accordingly, pursuant to the parties' joint stipulation, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE